Form B6I - (Rev. 12/03)  2003 USBC, Central District of California

| In re | Case No.: |
|---|---|
| BERGER, AARON                                   Debtor. | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP None | AGE |
| **Employment:** | **DEBTOR** | **SPOUSE** |
| Occupation | Artist | N/A |
| Name of Employer | Self | |
| How Long Employed | 5 years | |
| Address of Employer | Residence | |

Income: (Estimate of average monthly income)                                      DEBTOR        SPOUSE
Estimated future income from business:
Current monthly gross wages, salary, and commissions (prorate if not paid monthly)     $_____      $_____

Estimated monthly overtime                                                         $_____      $_____

SUBTOTAL                                                                           $_____      $_____

   LESS PAYROLL DEDUCTIONS
     a.  Payroll taxes and Social Security                                     $_____      $_____
     b.  Insurance                                                              $_____      $_____
     c.  Union dues                                                             $_____      $_____
     d.  Other (specify) _____                       $_____      $_____

   SUBTOTAL OF PAYROLL DEDUCTIONS                                                 $_____      $_____

TOTAL NET MONTHLY TAKE HOME PAY                                                    $_____      $_____
Estimated
Regular income from operation of business or profession or farm (attach detailed statement)   $ 2,000.    $_____

Income from real property                                                          $_____      $_____

Interest and dividends                                                             $_____      $_____

Alimony, maintenance or support payments payable to the debtor for the debtor's use
or that of dependents listed above.                                                $_____      $_____

Social security or other government assistance
(Specify) Veterans Affairs, Disability                                             $ 108.         $_____

Pension or retirement income                                                       $_____      $_____

Other monthly income                                                               $_____      $_____
(Specify) _____                                         $_____      $_____

                                                                                                                            $_____      $_____

**TOTAL MONTHLY INCOME**                                                           $ 2,108.        $_____

**TOTAL COMBINED MONTHLY INCOME** $_____

(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document: